UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-CR-13-D-BM-3

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEREK GEORGE | **ORDER TO SEAL** |

On motion of the Defendant, Derek George, and for good cause shown, it is hereby ORDERED that **DE 261** be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 18 day of September, 2026.

JAMES C. DEVER III
United States District Judge